In re: Construction Laborers Local Union 207 applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 228 So.2d 542; 228 So.2d 546.

Writ refused. On the issues raised and decided by the Court of Appeal, there appears no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted.

231 So.2d 393

### COLONIAL PIPELINE COMPANY

#### v.

### Ashton J. MOUTON, Collector of Revenue.

#### No. 50342.

#### Feb. 27, 1970.

In re: Ashton J. Mouton, Collector of Revenue, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 218 So. 2d 323; 228 So.2d 718.

Writ refused. There is no error of law in the judgment.